No. 394, Misc. OLIVERI *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. *Richard C. Turner,* Attorney General of Iowa, and *James C. Sell,* Assistant Attorney General, for respondent.

No. 455, Misc. MOORE, AKA LOUIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ralph L. Crawford* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 495, Misc. ZAMORA *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Roger E. Venturi,* Deputy Attorneys General, for respondent.

No. 555, Misc. MACK *v.* WALKER, WARDEN. C. A. 5th Cir. Certiorari denied. *James Domengeaux* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, for respondent.

No. 557, Misc. TYLER *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, and *Robert C. Flowers* and *Lonny F. Zwiener,* Assistant Attorneys General, for respondent.

No. 563, Misc. CARLTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Frank A. Bauman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.